UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT BROWNING, <br>     Plaintiff, <br>     v. <br> CAROLYN W. COLVIN, <br>     Defendant. | Case No. 16-cv-00326-SI <br><br> **JUDGMENT** |

This action has been remanded to the Commissioner of Social Security for further proceedings. *See* Docket No. 26. Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated: January 10, 2017

_____
SUSAN ILLSTON
United States District Judge